UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ASHLEY POPA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:22-cv-01287-WSS |
| | ) | |
| vs. | ) | |
| | ) | |
| ZILLOW GROUP, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

**AND NOW**, this 21st day of November, 2022, upon consideration of the Parties' Stipulation to Transfer Action Pursuant to 28 U.S.C. § 1404(a), it is hereby **ORDERED** that: (1) the Stipulation of the Parties is **APPROVED**; (2) this action is hereby **TRANSFERRED** to the United States District Court for the Western District of Washington for all further proceedings; and (3) the Clerk of the Court is directed to transfer this case to the United States District Court for the Western District of Washington.

BY THE COURT:

s/ William S. Stickman IV
THE HONORABLE WILLIAM S. STICKMAN

1